# EXHIBIT 2

## (Unlicensed songs on Pocketsongs.com)

|     | Title | Registration Number |
| --- | --- | --- |
| 1.  | 8th World Wonder | PA0001213494 |
| 2.  | A Little Bit Of Heaven | E 346168<br>R 98729 |
| 3.  | A Little Priest | PAu 54-581 |
| 4.  | A Promise I Make | PA 891-043 |
| 5.  | A Weekend In The Country | EU 394969<br>RE 841-590 |
| 6.  | Above The Law | PA 1-296-212 |
| 7.  | Addicted To Love | PA 271 410 |
| 8.  | Agony | PA 365-362<br>R 649149<br>Eu 174439 |
| 9.  | Ain't Misbehavin' | Ep 8110<br>R 173567<br>PA 253-949 |
| 10. | Ain't No Party | PAu 365845<br>PA 147795 |
| 11. | Ain't She Sweet | EU 653161<br>RE 124759<br>R 124759 |
| 12. | Ain't That Just Like A Dream | PA 743-724 |
| 13. | Al Di La | EU 669794<br>EP 152647<br>RE 414 360<br>RE 414 584 |
| 14. | Alabama Jubilee | E 359785<br>R 107041 |
| 15. | All About Tonight | PA 1-733-282 |
| 16. | All For You | PA 846-545<br>PA 1-053-780<br>1369302 |
| 17. | All I Care About | EP 341412<br>RE 906681 |
| 18. | All I Have | PA498-472 |
| 19. | All I Know | PA 1-189-793 |

| | | |
|---|---|---|
| 20. | All I Need Is The Girl | EU 577570<br>Ep 131700<br>RE 328393<br>RE 328384 |
| 21. | All I Wanna Do | PA 669-884 |
| 22. | All I Want Is A Life | PA 774-806 |
| 23. | All I've Ever Wanted | PA 669-969 |
| 24. | All Of You | EU 375727<br>EP 85101<br>R 121512<br>RE 118-845<br>PA 982-398 |
| 25. | All That's Known | PA 1-693-850 |
| 26. | All The Children | PA 1-296-210 |
| 27. | Alone In The Universe | PA 1-053-780 |
| 28. | Am I Blue? | EP 5997<br>R 169731 |
| 29. | Amarillo By Morning | PA0000139233<br>EU423973 |
| 30. | Amayzing Gertrude | PA 1-053-780 |
| 31. | Amayzing Mayzie | PA 1-053-780 |
| 32. | Amazing Grace | Eu 260016<br>Ep 289801<br>PA 115-931<br>Ep 64832<br>RE 519 271<br>EU 798278<br>PA 302 167<br>PA 577 849<br>EP 146839<br>RE 378-037<br>EU 392058<br>PA 1-192-987<br>EU 533203<br>PA 1123927<br>Ep 309365<br>Eu 787405<br>Efo 156460<br>Eu 437690<br>Eu 296910<br>PA 280 164 |
| 33. | And Our Feelings | PA 693-165 |
| 34. | And The Angels Sing | EU 192213<br>EP 76494 |

|     |                                | R 382752<br>R 383990<br>RE 621-045 |
| --- | ------------------------------ | ---------------------------------- |
| 35. | And Then There Were None       | PA 1-693-850 |
| 36. | Angel                          | PA 1-644-825<br>EU 198 889<br>RE 775 964<br>EU 768851<br>PA 1-120-436<br>Eu 768851 |
| 37. | Angel In My Eyes               | PA 875-929 |
| 38. | Angel Of Mine                  | PA 1-201-042<br>PA 1-041-717 |
| 39. | Angels                         | PA 937 777<br>PA 300-090<br>PA 209-873<br>PA 368 639<br>PA 166-396<br>PA 513-518 |
| 40. | Angels We Have Heard On High   | PA 1115579<br>PA 978-213<br>EP 118215<br>RE 286022<br>PA 1083579<br>PA 1130211<br>477-827<br>Eu 283988 |
| 41. | Another Op'nin', Another Show  | EU 153324<br>EP 34845<br>R 622628<br>R 626284<br>PA 47-090 |
| 42. | Another Part Of Me             | PA 350 366<br>PAu 894 002<br>PA 353 551 |
| 43. | Another Sad Love Song          | PA 713-887<br>PA 665-493 |
| 44. | Any Moment (Ii-2) (Part 1)     | PAu 925-203<br>PA 378-259 |
| 45. | Anything For You               | PA 773 748 |
| 46. | Anytime You Need A Friend      | PA 707-842<br>PA 669-969 |
| 47. | Are You Happy Now?             | PA 1-191-315 |
| 48. | Arms Of Love                   | PA 153-074 |

| 49. | As I Am | PA 1-195-471 |
|---|---|---|
| 50. | Ascot Gavotte | EU 432975<br>EP 103746<br>RE 199017 |
| 51. | Baby, Now That I've Found You | Eu 25034<br>Ef 34567 |
| 52. | Bad Girls | PAu 95-233<br>PAu 118-154<br>PA 52-164<br>PAu 41-678<br>PAu 118-257 |
| 53. | Be Careful (Cuidado Con Mi Corazon) | PA 962-150 |
| 54. | Beautiful Stranger | PA 965-835 |
| 55. | Best Of My Love, The | Eu 475746 |
| 56. | Better Class Of Losers | PA 539 181 |
| 57. | Billionaire | PA 1-740-847 |
| 58. | Black Or White | PA 552-639<br>PAu 569-993<br>PAu 1 599 749 |
| 59. | Born This Way | PA 1-757-756 |
| 60. | Boulevard Of Broken Dreams | PA 1-251-317 |
| 61. | California Girls | PA 1-299-759 |
| 62. | Caught Up In The Rapture | PA 1-248-625 |
| 63. | Chattahoochee | PA 402 375<br>PA 587 430 |
| 64. | Cherish | PA 429 535<br>PA 445 165<br>PA 232-008<br>PAu 1-242-038 |
| 65. | Christmas Waltz, The | RE 137-857<br>EP 84951 |
| 66. | Confessions Part II | PA 1-227-181 |
| 67. | Could've Been Me | PA 602-143 |
| 68. | Crash And Burn | PA 985-715 |
| 69. | Crazy In Love | PA 1-208-972 |
| 70. | Crazy Love | Eu 166964<br>EP 289864 |
| 71. | Cry Me A River | PA 1-149-534 |
| 72. | Dance To The Music | Ep 246661<br>Eu 45049 |
| 73. | Deeper And Deeper | PA 608 531<br>PA 607 841 |

| 74. | Die Another Day | PA 1-204-711 |
| --- | --- | --- |
|     |                 | PA 1 117 537 |
| 75. | Dirty Diana | PAu 997 329 |
|     |             | PA 350 365 |
|     |             | PA 392 802 |
|     |             | PA 353 551 |
| 76. | Dreamlover | PA 680-021 |
| 77. | Drowned World/Substitute For Love | PA 893-366 |
| 78. | Drowning | PA 1-065-910 |
|     |          | PA 324-829 |
| 79. | Evergreen | Ep 361619 |
|     |           | Eu 664036 |
| 80. | Everybody Hurts | PA 593 748 |
| 81. | Fabulous | PA 1-269-883 |
| 82. | Faded Love | Ep 52852 |
| 83. | Falls Apart | PA 937-773 |
| 84. | Farther Along | Eu 252020 |
| 85. | First Noel, The | RE 283 807 |
| 86. | For My Broken Heart | PA 536 696 |
| 87. | For You I Will | PA 841-484 |
| 88. | Frozen | PA 893-370 |
| 89. | Funny Honey | Ep 341410 |
|     |             | Eu 433182 |
| 90. | Get Here | PAu 681-318 |
| 91. | God Gave Me You | PA 988-201 |
| 92. | Gold Digger | PA 1-299-043 |
| 93. | Good Stuff, The | PA 1-088-016 |
| 94. | Gotta Tell You | PA 1-071-467 |
| 95. | Grenade | PA 1-733-322 |
| 96. | Happy Face | PA 1-071-601 |
| 97. | He Loves U Not | PA 1-042-789 |
| 98. | Hip Hop Hooray | PA 641-444 |
| 99. | Home On The Range | RE 337-827 |
|     |                   | Eu 598856 |
| 100. | Hot Stuff | PAu 95-232 |
| 101. | House Of Love | PA 752-494 |
| 102. | How Can You Mend A Broken Heart | Ep 289155 |
|      |                                 | Eu 268203 |
| 103. | How Could I Ever Know | PA 569 176 |
|      |                       | PA 561-118 |

| 104. | How Will I Know | PA 266-437 |
| | | PA 243-349 |
| 105. | I Cross My Heart | PAu 1-215-840 |
| | | PA 643-057 |
| 106. | I Have Nothing | PA 629-301 |
| | | PAu 1 594 862 |
| 107. | I Want Love | PA 1-064-720 |
| 108. | In Da Club | PA 1-248-729 |
| 109. | In The Midnight Hour | Ep 244287 |
| | | Eu 924686 |
| 110. | Insatiable | PA 1-088-004 |
| 111. | Is There Life Out There | PA 563 572 |
| | | PA 602 555 |
| 112. | Islands In The Stream | PA 188-026 |
| | | PAu 486-704 |
| 113. | It Matters To Me | PAu 1-966-659 |
| 114. | It Will Be Me | PA 988-177 |
| 115. | I've Got A Crush On You | R 187390 |
| | | Ep 13658 |
| 116. | I've Got You Under My Skin | Ep 57888 |
| | | R 326252 |
| | | R 323017 |
| 117. | Jambalaya | RE 63-631 |
| | | Ep 64198 |
| 118. | Jive Talkin' | PA 47-904 |
| | | Ep 348-532 |