Daniel A. Johnson (State Bar No. 130724)
daj@sullivanjohnson.com
Daniel M. Sullivan (State Bar No.  132878)
dms@sullivanjohnson.com
Sullivan Johnson LLP
23480 Park Sorrento, Suite 250
Calabasas, California 91302
Telephone (818) 591-9700
Facsimile (818) 591-9707

Attorneys for Plaintiff and Counter-Defendant
MMO Music Group, Inc. and Counter-Defendant
Irv Kratka

John Peterson (State Bar No. 179343)
Timothy L. Warnock (admitted *pro hac vice*)
Riley Warnock & Jacobson PLC
1906 West End Avenue
Nashville, Tennessee 37203
Telephone:   615-320-3700
Facsimile:   615-320-3737
jpeterson@rwjplc.com
twarnock@rwjplc.com

Attorney for Defendants / Counter-Plaintiffs

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MMO Music Group, Inc., a New York Corporation, <br><br> Plaintiff, <br><br> vs. <br><br><br> Warner/Chappell Music, Inc., Warner-Tamerlane Publishing Corp., WB Music Corp., Unichappell Music Inc., Rightsong Music, Inc., Cotillion Music, Inc., Walden Music, Inc., and House of Gold Music, Inc., d/b/a "Warner House of Music," <br><br> Defendants. | CASE NO.  CV12-3300 (CAS)(AJWx) <br><br> **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

Riley,
Warnock &
Jacobson,
PLC

1 | Warner/Chappell Music, Inc., Warner- )
2 | Tamerlane Publishing Corp., WB )
Music Corp., Unichappell Music Inc., )
3 | Rightsong Music, Inc., Cotillion )
Music, Inc., Walden Music, Inc., and )
4 | House of Gold Music, Inc., d/b/a )
"Warner House of Music," )
5 |                Counter-Plaintiffs, )
6 | )
     vs. )
7 | )
MMO Music Group, Inc. and Irv )
8 | Kratka, )
)
9 |                Counter-Defendants. )

Riley,
Warnock &
Jacobson,
PLC

2

STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff /Counter-Defendant MMO Music Group, Inc. ("MMO Music"), Counter-Defendant Irv Kratka ("Kratka"), and Defendants /Counter-Plaintiffs Warner/Chappell Music, Inc., Warner-Tamerlane Publishing Corp., WB Music Corp., Unichappell Music Inc., Rightsong Music, Inc. Cotillion Music, Inc., Walden Music, Inc., and  House of Gold Music, Inc., d/b/a "Warner House of Music" (collectively "WCM"), by and through their respective attorneys of record, hereby stipulate to dismiss the above-captioned action with prejudice, each party to bear their own costs and attorneys' fees.

Respectfully submitted,

/s/  Daniel A. Johnson
Daniel A. Johnson (State Bar No. 130724)
Sullivan Johnson LLP

Attorneys for Plaintiff and Counter-Defendant MMO Music Group, Inc. and Counter-Defendant Irv Kratka


/s/  Timothy L. Warnock   (w/ permission DAJ)
John Peterson (State Bar No. 179343)
Riley Warnock & Jacobson PLC

Attorneys for Defendants/Counter-Plaintiffs

## CERTIFICATE OF SERVICE

I, Daniel A. Johnson, hereby certify that on May 1, 2013, I served the foregoing upon all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

/s/  Daniel A. Johnson

STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Riley,
Warnock &
Jacobson,
PLC